■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SALVATORE D'ANGELO, Appellant. — Judgment of the Supreme Court, Queens County (Naro, J.), rendered July 22, 1983, affirmed, and the case is remitted to the Supreme Court, Queens County, for further proceedings pursuant to CPL 460.50 (subd 5).

Defendant failed to preserve the issue of whether he was deprived of his constitutional right to a speedy trial for appellate review (see *People v Jordan,* 62 NY2d 825; *People v Jones,* 103 AD2d 973). Were we to pass upon the merits of defendant's claims, we would nevertheless affirm. Mollen, P. J., Mangano, O'Connor and Lawrence, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEMPSEY HAWKINS, Appellant. — Judgment of the Supreme Court, Richmond County (Barlow, J.), rendered April 6, 1979, affirmed.

We have examined the record and find that the evidence is sufficient to establish defendant's guilt beyond a reasonable doubt. We have considered defendant's other contentions and find them to be without merit. Mollen, P. J., Mangano, O'Connor and Lawrence, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD JOHNSON, Appellant. — Appeal by defendant, as limited by his motion, from a resentence of the County Court, Nassau County (Samenga, J.), imposed December 19, 1983.

Appeal dismissed as academic.

Defendant has served his sentence and has been released from imprisonment. Mollen, P. J., Lazer, Brown and Boyers, JJ., concur.